**Brian T. COLLUM, Appellant,**

v.

**PAYPAL, INC., Appellee.**

**Brian T. Collum, Appellant,**

v.

**PayPal, Inc.; Todd England; Angela Anderson; Michelle Kopchinsky; Mark Davis; Mandy Kaminski; Troy Kuker; Suzanne Combs Brown; Kellie Cain; Lynette Lane; Margie Bell, Appellees.**

**Nos. 11–2619, 11–3219.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 20, 2012.

Filed: March 30, 2012.

Brian T. Collum, Omaha, NE, pro se.

George E. Martin, III, argued, Baird & Holm, Omaha, NE, for Appellees.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

[UNPUBLISHED]

PER CURIAM.

Brian T. Collum appeals from the district courts'[1] dismissals, without prejudice, of his pro se actions asserting claims of disability discrimination against his former employer and numerous individuals. Upon careful de novo review, *see Parkhurst v. Tabor*, 569 F.3d 861, 865 (8th Cir.2009) (standard of review), this court concludes that the dismissals were proper for the reasons stated by the district courts.

To the extent Collum did not present some of these claims in the district courts, they may not be advanced for the first time on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004) (stating general rule that claims not presented in district court may not be advanced for first time on appeal).

This court affirms. *See* 8th Cir. R. 47B.

The Honorable Laurie Smith Camp, Chief United States District Judge for the District of Nebraska.